JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Lemon Hills Organics, Inc., et al., | ) ) ) | Case No. **CV 07-7994-JFW (RCx)** |
| Plaintiff, | ) ) | **ORDER DISMISSING CIVIL ACTION** |
| v. | ) ) | |
| Morse & Chorna, Inc., et al., | ) ) ) | |
| Defendants. | ) | |

        THE COURT has been advised by counsel that this action
has been settled, or is in the process of being settled.

        IT IS THEREFORE ORDERED that this action is hereby
dismissed without prejudice to the right, upon good cause
shown within 60 days, to re-open the action if settlement is
not consummated.  During this 60 day period, this Court
retains full jurisdiction over this action and this Order
shall not prejudice any party to this action.

/ / /

/ / /

(Rev. 2/15/08)

1        In the event a motion or *ex parte* application to re-open

2   is not filed within 60 days, the dismissal of this action

3   will be with prejudice.

4

5   Dated: February 20, 2009

                                        _____
6                                            JOHN F. WALTER
                                        United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28